UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

JOEL A. ACKERMAN
FRZ 60921/ci
ZUCKER, GOLDBERG & ACKERMAN
Attorneys for Secured Creditor
Washington Mutual Home Loans, Inc.
200 Sheffield Street, Suite 301
P.O. Box 1024
Mountainside, New Jersey 07092-0024
1-908-233-8500

In Re:
Douglas C. DiRuggiero

_____

DOUGLAS DIRUGGIERO
    Plaintiff
vs.
WASHINGTON MUTUAL BANK
    Defendant.



Case No.: 04-28954 (KCF)
Adv. No.: 07-01765 (KCF)
Hearing Date: July 11, 2007
Judge: Kathryn C. Ferguson

**ORDER RESOLVING DEBTOR'S ORDER TO SHOW CAUSE TO REIMPOSE
AUTOMATIC STAY AND TO ENJOIN CONTINUATION OF FORECLOSURE
PROCEEDINGS**

    The relief set forth on the following pages, numbered two (2) through three (3)  is hereby
**ORDERED**

**DATED: 7/23/2007**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2
Debtor:  Douglas C. DiRuggiero
Case No.  04-28954(KCF)
Adv. Pro. No.  07-01765 (KCF)
Caption of Order:  **ORDER RESOLVING DEBTOR'S ORDER TO SHOW CAUSE TO REIMPOSE AUTOMATIC STAY AND TO ENJOIN CONTINUATION OF FORECLOSURE PROCEEDINGS**

This matter having been brought before the Court by Steven Abelson, attorney for Debtor, by way of order to show cause to reimpose automatic stay and to enjoin continuation of foreclosure proceedings as to real property located at 88 Tulip Lane, Freehold, NJ 07728, and it appearing that notice of said order to show cause was properly served upon all parties concerned and this Court having considered the representations of attorneys for the Debtor and ZUCKER, GOLDBERG & ACKERMAN, attorneys for Secured Creditor, Washington Mutual Home Loans, Inc., JOEL A. ACKERMAN appearing, and for good cause having been shown;

It is **ORDERED, ADJUDGED and DECREED** that the automatic stay as to the mortgaged property known and designated as 88 Tulip Lane, Freehold, NJ 07728 is hereby reimposed up to and including August 25, 2007; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Debtor is to refinance the mortgaged property and pay Secured Creditor in full out of the proceeds of said refinance on or before August 25, 2007; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor's lien on the property shall remain until the Secured Creditor receives and applies the mutually agreed upon funds for the payoff of its mortgage, at which time the mortgage will be cancelled of record; and

It is **FURTHER ORDERED, ADJUDGED** and **DECREED** that the Secured Creditor, Washington Mutual Home Loans, Inc., and its servicer, WASHINGTON MUTUAL BANK, F.A., are hereby awarded reimbursement of attorney's fees in the sum of $350.00, which is to be paid

*Approved by Judge Kathryn C. Ferguson  July 23, 2007*

Page 3
Debtor:             Douglas C. DiRuggiero
Case No.            04-28954(KCF)
Adv. Pro. No.       07-01765 (KCF)
Caption of Order:   **ORDER RESOLVING DEBTOR'S ORDER TO SHOW CAUSE TO REIMPOSE AUTOMATIC STAY AND TO ENJOIN CONTINUATION OF FORECLOSURE PROCEEDINGS**

through the Debtor's(s')  Chapter 13 Plan; and

It is **FURTHER ORDERED, ADJUDGED** and **DECREED** that the Secured Creditor shall adjourn the Sheriff's Sale to a date after August 25, 2007.

*Approved by Judge Kathryn C. Ferguson  July  23, 2007*