UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

ALBERT RUSSO
CN 4853
Trenton, New Jersey  08650
(609) 587-6888
Standing Chapter 13 Trustee

In Re:

DOUGLAS C DIRUGGIERO SR

Debtor(s)

Case No. 04-28954

Judge: KATHRYN C FERGUSON

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

Albert Russo, Trustee in the above captioned matter states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the court in the amount of $5,559.30, payable to the Clerk, United States Bankruptcy Court.  The parties entitled to said funds are listed below together with their last known address.

| PAYEE NAME AND ADDRESS | AMOUNT |
|---|---|
| DOUGLAS C DIRUGGIERO SR<br>88 TULIP LN<br>FREEHOLD  NJ  07728 | $5,559.30 |

Date:  11/10/09

/ S /

Albert Russo
Standing Chapter 13 Trustee